500 P.3d 379 (Mem)
In Re: Renee CAMP; Stanley Ogata; Marnie Pistole; Jose Baca, Jr. and Sharon Baca; Sandra Bistrow and Thomas Powell; Shari Cannon; Ken Clements and Laura Clements; and "see register of actions for full case caption", Plaintiffs;
v.ADVENTIST HEALTH SYSTEM SUNBELT HEALTH CORPORATION ; Portercare Adventist Health System, d/b/a Centura health-Porter Adventist Hospital; Centura Health Corporation ; and Porter Adventist Hospital, Defendants.
Supreme Court Case No: 2020SA331 Supreme Court of Colorado.
DATE FILED: January 14, 2021
ORDER OF COURT
Upon further consideration of the above captioned matter and now being sufficiently advised in the premises,
We conclude that we issued the October 1, 2020 Rule to Show Cause improvidently; therefore,
IT IS ORDERED that the original proceeding before this Court is DISMISSED. We return jurisdiction in this matter to the District Court, City and County of Denver for further proceedings in the underlying action.